[No. 59275-1-I.   Division One.   March 17, 2008.]

KENT DUCOTE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 03-2-05053-0, Vickie I. Churchill, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Baker, J. Pro Tem. Now published in part at 144 Wn. App. 531.

[No. 59299-8-I.   Division One.   March 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE SCOTT DODGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01071-4, Anita L. Farris, J., entered December 14, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59321-8-I.   Division One.   March 17, 2008.]

VILA PACE-KNAPP, *Respondent*, v. DICK PELASCINI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-05601-2, Suzanne M. Barnett, J., entered December 11, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Grosse, J.

[No. 59513-0-I.   Division One.   March 17, 2008.]

*In the Matter of the Marriage of* OLGA V. GOLOBORODOV, *Respondent*, and SERGEY V. GOLOBORODOV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-3-01434-2, George N. Bowden, J., entered January 3, 2007. *Affirmed* by unpublished per curiam opinion.